Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** | 12-00875 FJO |
| **Case Name:** | JONES, JOANIE LEE |
| **Period Ending:** | 06/30/14 |

| | | |
|---|---|---|
| **Trustee:** | (340480) | MICHAEL J. HEBENSTREIT |
| **Filed (f) or Converted (c):** | 02/06/12 (f) | |
| **§341(a) Meeting Date:** | 03/13/12 | |
| **Claims Bar Date:** | 06/29/12 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1223 Windermire, Indianapolis, IN 46227, purchas<br>Orig. Asset Memo: Imported from original petition Doc#<br>1 | 80,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on hand<br>Orig. Asset Memo: Imported from original petition Doc#<br>1 | 20.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account: Forum Credit Union<br>Orig. Asset Memo: Imported from original petition Doc#<br>1 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Savings account: Forum Credit Union in banks, sa<br>Orig. Asset Memo: Imported from original petition Doc#<br>1 | 5.00 | 0.00 | | 0.00 | FA |
| 5 | Household goods audio, video, and computer<br>Orig. Asset Memo: Imported from original petition Doc#<br>1 | 2,440.00 | 0.00 | | 0.00 | FA |
| 6 | Pictures stamp, coin, record, tape, disc, and ot<br>Orig. Asset Memo: Imported from original petition Doc#<br>1 | 15.00 | 0.00 | | 0.00 | FA |
| 7 | Clothing<br>Orig. Asset Memo: Imported from original petition Doc#<br>1 | 30.00 | 0.00 | | 0.00 | FA |
| 8 | Jewelry<br>Orig. Asset Memo: Imported from original petition Doc#<br>1 | 40.00 | 0.00 | | 0.00 | FA |

# Form 1

**Page: 2**

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-00875 FJO
**Case Name:** JONES, JOANIE LEE

**Period Ending:** 06/30/14

**Trustee:** (340480)   MICHAEL J. HEBENSTREIT
**Filed (f) or Converted (c):** 02/06/12 (f)
**§341(a) Meeting Date:** 03/13/12
**Claims Bar Date:** 06/29/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 9 | Sports equipment and other hobby equipment.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 10 | Life insurance thru employer: $120,000 insurance<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | 401K<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 3,791.93 | 0.00 | | 0.00 | FA |
| 12 | IRA Give particulars.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 31,158.17 | 31,158.17 | | 0.00 | FA |
| 13 | Tax refund<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 5,289.40 | | 5,289.40 | FA |
| 14 | 2002 Toyota Camry: 130,000 miles<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 0.00 | FA |
| 15 | Employment Bonus  (u) | 0.00 | Unknown | | 0.00 | FA |
| **15** | **Assets**    **Totals** (Excluding unknown values) | **$120,510.10** | **$36,447.57** | | **$5,289.40** | **$0.00** |

**Major Activities Affecting Case Closing:**

File NDR once 0 bank stmt rec'd

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** | 12-00875 FJO |
| **Case Name:** | JONES, JOANIE LEE |
| **Period Ending:** | 06/30/14 |

| | |
|---|---|
| **Trustee:** | (340480)    MICHAEL J. HEBENSTREIT |
| **Filed (f) or Converted (c):** | 02/06/12 (f) |
| **§341(a) Meeting Date:** | 03/13/12 |
| **Claims Bar Date:** | 06/29/12 |

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| | | | | | |

**Initial Projected Date Of Final Report (TFR):**  February 6, 2014          **Current Projected Date Of Final Report (TFR):**  December 6, 2014

 

_____          /s/ MICHAEL J. HEBENSTREIT
July 25, 2014                      _____

Date                              MICHAEL J. HEBENSTREIT

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-00875 FJO
**Case Name:** JONES, JOANIE LEE

**Taxpayer ID #:** **-***6296
**Period Ending:** 06/30/14

**Trustee:** MICHAEL J. HEBENSTREIT (340480)
**Bank Name:** Rabobank, N.A.
**Account:** ******8465 - Checking Account
**Blanket Bond:** $1,190,587.50   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 5,089.40 | | 5,089.40 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,079.40 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,069.40 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,059.40 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,049.40 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,039.40 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,029.40 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,019.40 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,009.40 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,999.40 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,989.40 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,979.40 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,969.40 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,959.40 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,949.40 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,939.40 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,929.40 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,919.40 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,909.40 |

{} Asset reference(s)

Subtotals :                    $5,089.40           $180.00

Printed: 07/25/2014 03:53 PM    V.13.15

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 12-00875 FJO |
| **Case Name:** | JONES, JOANIE LEE |
| **Taxpayer ID #:** | **-***6296 |
| **Period Ending:** | 06/30/14 |

| | |
|---|---|
| **Trustee:** | MICHAEL J. HEBENSTREIT (340480) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******8465 - Checking Account |
| **Blanket Bond:** | $1,190,587.50   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

Account  ******8465

| | | |
|---|---|---|
| | Balance Forward | 0.00 |
| 0 | Deposits | 0.00 |
| 0 | Interest Postings | 0.00 |
| | Subtotal | 0.00 |
| 0 | Adjustments In | 0.00 |
| 1 | Transfers In | 5,089.40 |
| | Total | 5,089.40 |

| | | |
|---|---|---|
| 0 | Checks | 0.00 |
| 18 | Adjustments Out | 180.00 |
| 0 | Transfers Out | 0.00 |
| | Total | 180.00 |

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 12-00875 FJO |
| **Case Name:** | JONES, JOANIE LEE |
| **Taxpayer ID #:** | **-***6296 |
| **Period Ending:** | 06/30/14 |

| | |
|---|---|
| **Trustee:** | MICHAEL J. HEBENSTREIT (340480) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | ****-******81-65 - Checking Account |
| **Blanket Bond:** | $1,190,587.50   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/03/12 | {13} | Joanie L. Jones | tax refund | 1124-000 | 5,289.40 | | 5,289.40 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,264.40 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,239.40 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,214.40 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,189.40 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,164.40 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,139.40 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,114.40 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 5,089.40 |
| 01/17/13 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001034048088<br>20130117 | 9999-000 | | 5,089.40 | 0.00 |

Account    ****-******81-65

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 5,289.40 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 8 | Adjustments Out | 200.00 |
| | Subtotal | 5,289.40 | 1 | Transfers Out | 5,089.40 |
| 0 | Adjustments In | 0.00 | | Total | 5,289.40 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 5,289.40 | | | |

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 12-00875 FJO |
| **Case Name:** | JONES, JOANIE LEE |
| **Taxpayer ID #:** | **-***6296 |
| **Period Ending:** | 06/30/14 |

| | |
|---|---|
| **Trustee:** | MICHAEL J. HEBENSTREIT (340480) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | ****-******81-65 - Checking Account |
| **Blanket Bond:** | $1,190,587.50   (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

**Case Totals**

| | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 1 | Deposits | 5,289.40 | |
| 0 | Interest Postings | 0.00 | |
| | Subtotal | 5,289.40 | |
| 0 | Adjustments In | 0.00 | |
| 1 | Transfers In | 5,089.40 | |
| | Total | 10,378.80 | |

| | | |
|---|---|---|
| 0 | Checks | 0.00 |
| 26 | Adjustments Out | 380.00 |
| 1 | Transfers Out | 5,089.40 |
| | Total | 5,469.40 |
| | Net Total Balance | 4,909.40 |

_____
July 25, 2014
Date

/s/ MICHAEL J. HEBENSTREIT
_____
MICHAEL J. HEBENSTREIT

{} Asset reference(s)